# UNITED STATES DISTRICT COURT
## District of Kansas

(Kansas City, Kansas, Docket)

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

      **v.**                                              CASE NO. 20-20018-01/02-DDC/JPO

**DUSTIN SCHULTZ-BERGIN, and**
**KRISSY GORSKI,**

      **Defendants.**

## SUPERSEEDING INDICTMENT

The Grand Jury charges,

### COUNT 1

Beginning on or about December 11, 2019 and continuing to on or about January 23, 2020, in the District of Kansas and elsewhere, the defendants,

**DUSTIN SCHUTLZ-BERGIN and KRISSY GORSKI**,

knowingly and intentionally conspired with each other and with other persons, both known and unknown to the grand jury, to distribute and possess with intent to distribute 50 grams or more of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841 (b)(1)(A)(viii). This was all in violation of Title 21, United States Code, Section 846.

### COUNT 2

On or about January 23, 2020, in the District of Kansas, the defendant,

**DUSTIN SCHULTZ-BERGIN**,

knowingly and intentionally possessed with the intent to distribute more than 50 grams methamphetamine, a controlled substance.

This was in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii) and Title 18, United States Code, Section 2.

## COUNT 3

On or about January 23, 2020, in the District of Kansas, the defendant,

**DUSTIN SCHULTZ-BERGIN**,

knowingly possessed in and affecting interstate commerce the following firearms: a Springfield Armory XDM .40 caliber handgun, with serial number MG182277 and a Smith & Wesson M & P Bodyguard .380 caliber pistol, with serial number KCM3247; he did so while knowing he had previously been convicted of a crime that was punishable by imprisonment for a term exceeding one year; specifically, he was convicted in 2018 of Possession of Methamphetamine in the District Court of Johnson County, Kansas, in Case No. 2017CR3258.

This was in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE NOTICE

The allegations contained in Counts 1 through 3 of this Superseding Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853, Title 18, United States Code 924, and Title 28, United States Code, Section 2461(c).

As a result of committing the offenses alleged in Counts One and Two of this Superseding Indictment, the defendants shall forfeit to the United States pursuant to Title 18,

United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition used or involved in the commission of the offenses, including but not limited to the following:

    A. A Springfield Armory XDM .40 caliber handgun, with serial number MG182277,

    B. A Smith & Wesson M & P Bodyguard .380 caliber pistol, with serial number KCM3247, and

    C. Any accompanying ammunition.

As a result of committing the offense alleged in Counts One and Two of this Superseding Indictment, the defendants shall forfeit to the United States pursuant to Title 21, United States Code, Section 853 any property constituting or derived from any proceeds obtained, directly or indirectly, as the result of such offenses and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offenses, including but not limited to the following:

    A. A Springfield Armory XDM .40 caliber handgun, with serial number MG182277,

    B. A Smith & Wesson M & P Bodyguard .380 caliber pistol, with serial number KCM3247, and

    C. Any accompanying ammunition.

All in violation of Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461.

                                                    A TRUE BILL.

Dated:  July 1, 2020                                              s/  Foreperson
                                                                  FOREPERSON


<u>s/ Michelle McFarlane, SAUSA, 26824, for:</u>
Stephen R. McAllister
United States Attorney
500 State Ave., Suite 360
Kansas City, KS 66101
Tel. 913-551-6730
Fax 913-551-6541
Stephen.McAllister@usdoj.gov
Kan. S. Ct. No. 15845


(It is requested that the trial of the above-captioned case be held in Kansas City, Kansas)

## Penalties:

**Count 1 & 2:**
- NLT 10 years to NMT Life Imprisonment
- NMT $10,000,000 fine
- NLT 5 years Supervised Release
- $100 Special Assessment Fee
- Forfeiture Allegation

If the defendant has a prior conviction for a serious drug felony or serious violent felony the penalties are:

- NLT 15 years to NMT Life Imprisonment
- NMT $20,000,000 fine
- NLT 10 years Supervised Release
- $100 Special Assessment Fee
- Forfeiture Allegation

If the defendant has two or more prior convictions for a serious drug felony or serious violent felony the penalties are:

- NLT 25 years to NMT Life Imprisonment
- NMT $20,000,000 fine
- NLT 10 years supervised release
- $100 Special Assessment Fee
- Forfeiture Allegation

**Count 3:**

- NMT 10 years imprisonment
- NMT $250,000.00 fine
- NMT 3 years Supervised Release
- $100 special assessment fee
- Forfeiture Allegation